IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNOCAL CORPORATION AND SUBSIDIARIES,<br><br>    Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent.<br>_____/ | No. C 05-03417 JSW<br><br>**ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE** |

    The Court HEREBY ORDERS that the hearing on Respondent's motion to dismiss the petition shall be heard on January 6, 2006 at 9:00 a.m. The Court further ORDERS that Petitioner's opposition to the motion shall be due on November 28, 2005 and Plaintiff's reply brief shall be due on December 12, 2005.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: November 3, 2005

                                                                  JEFFREY S. WHITE<br>
                                                                   UNITED STATES DISTRICT JUDGE