ORIGINAL

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

UNOCAL CORPORATION AND SUBSIDIARIES,
      Plaintiff(s),

v.

UNITED STATES OF AMERICA,
      Defendant(s).

CASE NO. C05-03417 JSW

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

TOBEY BLANTON FORNEY, an active member in good standing of the bar of TEXAS, whose business address and telephone number is Vinson & Elkins, LLP, 1001 Fannin Street, Suite 2300, Houston, TX 77002, 713-758-2892, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Unocal Corporation and Subsidiaries, et al.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: DEC - 6 2005

Jeffrey S. White
United States District Judge