**ORIGINAL**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNOCAL CORPORATION AND SUBSIDIARIES,<br>　　　　　Plaintiff(s),<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant(s). | CASE NO.  C05-03417 JSW<br><br>(~~Proposed~~)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

GEORGE M. GERACHIS _____, an active member in good standing of the bar of TEXAS _____, whose business address and telephone number is Vinson & Elkins, LLP, 1001 Fannin Street, Suite 2300, Houston, TX 77002, 713-758-2892 _____, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Unocal Corporation and Subsidiaries, et al.

　　　　IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: DEC - 6 2005

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Jeffrey S. White
　　　　　　　　　　　　　　　　　　　　United States District Judge